UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  06-14260-CIV-MARTINEZ-LYNCH

DURO-LAST, INC., a Michigan corporation,

    Plaintiff,

vs.

J.A. TAYLOR ROOFING, INC., a Florida corporation and J.T. ROOFING & MAINTENANCE INC., a Florida corporation,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR GEOFFREY G. SCOTT TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Plaintiff's Motion for Geoffrey G. Scott to Appear *Pro Hac Vice* (**D.E. No. 6**), filed on **October 16, 2006**.  The Court has considered the motion and has been sufficiently advised.  It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Motion for Geoffrey G. Scott to Appear *Pro Hac Vice* (**D.E. No. 6**) is hereby **GRANTED**.  Designated local counsel, Joesph Ianno, Jr., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record